■ In the Matter of VINCENT GIANELLI, Appellant, v RICHARD L. HIGGINS, as Commissioner of the New York State Division of Housing and Community Renewal, et al., Respondents. [623 NYS2d 153] —In a proceeding pursuant to CPLR article 78 to review a determination of the Deputy Commissioner of the New York State Division of Housing and Community Renewal dated May 20, 1992, which affirmed a determination of the District Rent Administrator, *inter alia,* finding that Emma Santo is a rent-controlled tenant, the petitioner appeals from a judgment of the Supreme Court, Queens

County (Leviss, J.), dated December 18, 1992, which dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

The issue of whether Emma Santo was a tenant in a two-story house located at 22-11 149th Street, Queens, prior to 1950 was a question of fact to be determined by the Deputy Commissioner of the New York State Division of Housing and Community Renewal (hereinafter the Deputy Commissioner) *(see, Matter of Brandeis v Joy,* 112 AD2d 126; *Matter of Mucskova v Commissioner of Dept. of Hous. Preservation & Dev. of City of N. Y.,* 105 AD2d 787). We find that the Deputy Commissioner's determination has a rational basis in the record *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222) and was not arbitrary or capricious *(see, Matter of 61 Jane St. Assocs. v New York City Conciliation & Appeals Bd.,* 65 NY2d 898). Sullivan, J. P., Rosenblatt, Copertino and Hart, JJ., concur.